# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SMIRK & DAGGER GAMES, a sole
proprietorship of Curt Covert,
30 Lyrical Lane
Sandy Hook, CT 06482;

B. STUYVESANT CHAMPAGNE, LLC,
63 Flushing Ave., BLDG 212
Brooklyn, NY 11205;

LEO D. BERNSTEIN & SONS INC. d/b/a/
BERNSTEIN DISPLAY
151 West 25th Street
New York, NY 10001;

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States,
1600 Pennsylvania Avenue NW,
Washington, DC 20500;

EXECUTIVE OFFICE OF THE
PRESIDENT,
1600 Pennsylvania Avenue NW,
Washington, DC 20500;

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security,
245 Murray Lane SW, Mail Stop 0485
Washington, DC 20528-0485;

U.S. DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW, Mail Stop 0485
Washington, DC 20528-0485;

**CORPORATE DISCLOSURE
PURSUANT TO LCvR 26.1**

Case No. 1:25-cv-03857

RODNEY S. SCOTT, in his official capacity
as Commissioner for U.S. Customs and
Border Protection,
1300 Pennsylvania Avenue NW Washington,
DC 20229;

U.S. CUSTOMS AND BORDER
PROTECTION
1300 Pennsylvania Avenue NW Washington,
DC 20229;

SCOTT BESSENT, in his official capacity as
Secretary of the Treasury,
1500 Pennsylvania Avenue NW
Washington, DC 20220;

U.S. DEPARTMENT OF THE TREASURY,
1500 Pennsylvania Avenue NW
Washington, DC 20220;

HOWARD LUTNICK, in his official capacity
as Secretary of Commerce,
1401 Constitution Avenue NW Washington,
DC 20230;

U.S. DEPARTMENT OF
COMMERCE,
1401 Constitution Avenue NW
Washington, DC 20230,

*Defendants.*

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

I, the undersigned, counsel of record for Smirk and Dagger Games, a sole proprietorship

of Curt Covert, Stuyvesant Champagne, LLC, and Leo. D. Bernstein & Sons certify that to the best

of my knowledge and belief, Smirk & Dagger Games, Stuyvesant Champagne, LLC, and Leo. D.

Bernstein & Sons have no parent companies, subsidiaries, affiliates, or companies which own at

least 10% of their stock and have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

*/s/ Kara M. Rollins*

Kara M. Rollins
*Attorney of Record for Plaintiffs*